COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| WILLIE EARL GREER, | | No. 08-10-00012-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | Criminal District Court |
| | § | |
| THE STATE OF TEXAS, | | of Jefferson County, Texas |
| | § | |
| Appellee. | | (TC # 08-03862) |
| | § | |

**MEMORANDUM OPINION**

Willie Earl Greer appeals his conviction for burglary of a building. The trial court placed Appellant on deferred adjudication community supervision for term of five years. The State subsequently filed a motion to revoke alleging a violation of the terms and conditions of community supervision. Based on Appellant's plea of true, the trial court granted the State's motion, adjudicated Appellant guilty, and assessed his punishment at confinement in the state jail nine months. We affirm.

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied,* 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See High v. State,* 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State,* 516 S.W.2d 684 (Tex.Crim.App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex.Crim.App. 1972); *Gainous v. State,* 436 S.W.2d 137 (Tex.Crim.App. 1969). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his

right to examine the appellate record and file a *pro se* brief. No *pro se* brief has been filed.

We have carefully reviewed the record and counsel's brief, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment is affirmed.

October 13, 2010

                   ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)